# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | 02:-1-cr-00361-KJD(PAL) |
| vs. | ) | ORDER TO UNSEAL |
| WILLIAM REED, | ) | |
| Defendant. | ) | |

Based on the Government's Motion to Unseal the case in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the case be unsealed.

DATED this __3__ day of August 2011.

_____
KENT J. DAWSON
United States District Judge